UNITED STATES COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CASCADE FAMILY SKATING, LLC | ) | CASE NO: 18-57159-LRC |
| | ) | |
| Debtor. | ) | |
| | ) | |

### REPORT OF SUBSTANTIAL CONSUMMATION AND APPLICATION FOR FINAL DECREE

Cascade Family Skating, LLC, the reorganized Debtor under a Confirmed Plan (as defined below), submits this report and application for entry of a final decree. In support hereof, Debtor shows as follows:

**Background**

1. On April 27, 2018, Cascade Family Skating, LLC ("**Debtor**") filed its Chapter 11 Plan (the "**Plan**") [Doc. No. 102] and the accompanying Disclosure Statement (the "**Disclosure Statement**" [Doc. No. 103]. Pursuant to § 1125(f) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3017.1 of the Federal Rules of Bankruptcy Procedure, on September 3, 2019, the Court entered an Order and Notice [Doc. No. 110] conditionally approving the Disclosure Statement and fixing the deadlines for filing acceptances or rejections of the Plan, objections to the Disclosure Statement, objections to confirmation of the Plan, and setting a date for hearing on confirmation.

2. On September 2, 2019, Debtor filed its Amended Chapter 11 Plan (the "**Amended Plan**") [Doc. No. 107] and filed the accompanying Disclosure Statement for Amended Plan (the "**Amended Disclosure Statement**") [Doc. No. 108]. On October 8, 2019, Debtor filed its Amended Certification of Ballots [Doc. No. 123]. There were no objections to final approval of the Disclosure Statement. The Court heard proffers regarding confirmation of the Plan and

04037269-

approval of the Disclosure Statement at a hearing held November 14, 2019 (the "**Confirmation Hearing**").

3.  Based on the record, the representations of counsel for Debtor at the Confirmation Hearing, all proffers from the hearings before the Court, the record in the case, and there being no objections, on November 14, 2019, the Court entered an Order confirming the plan [Doc. No. 128].

## Status of Substantial Consummation

4.  Section 1101(2) of the Bankruptcy Code defines substantial consummation as: (A) transfer of all or substantially all of the property proposed by the plan to be transferred; (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and (C) commencement of distribution under the plan. Substantial Consummation has occurred in the instant case.[1]

## Application for Final Decree

Debtor respectfully shows that no further administration of this case is necessary and accordingly requests that this Court enter a Final Decree.

WHEREFORE, Debtor prays that this Court enter a Final Decree, and grant such other relief as is appropriate.

Dated: February 3, 2020

Respectfully submitted,

**ROUNTREE LEITMAN & KLEIN, LLC**

/s/ William A. Rountree
William A. Rountree

---

[1] Debtor's counsel has agreed to allow Debtor to pay attorney's fees and costs over time following entry of a Final Decree.

04037269-

Ga. Bar No. 616503  
Century Plaza I  
2987 Clairmont Rd  
Atlanta, GA 30329  
(404) 584-1244  
wrountree@rlklawfirm.com  
*Attorneys for Debtor*

04037269-

UNITED STATES COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CASCADE FAMILY SKATING, LLC | ) | CASE NO: 18-57159-LRC |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing pleading via electronic mail to the following interested parties:

Jonathan Adams, Esq.
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
lindsay.p.kolba@usdoj.gov


This February 3, 2020.

ROUNTREE LEITMAN & KLEIN, LLC

/s/ William A. Rountree
William A. Rountree
Ga. Bar No. 616503
Century Plaza I
2987 Clairmont Rd
Atlanta, GA 30329
(404) 584-1244
wrountree@rlklawfirm.com
*Attorneys for Debtor*